TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-96-00261-CV







Pioneer Exploration Company, Appellant



v.



Royce Meares, Appellee







FROM THE DISTRICT COURT OF RUNNELS COUNTY, 119TH JUDICIAL DISTRICT


NO. 11,955, HONORABLE ROYAL HART, JUDGE PRESIDING







PER CURIAM



 The parties have filed a joint motion to dismiss this appeal. The motion is granted. 
Tex. R. App. P. 59(a)(1)(A).

 The appeal is dismissed.



Before Justices Powers, Jones and B. A. Smith

Dismissed on Joint Motion

Filed: June 26, 1996

Do Not Publish